Magistrate Judge J. Richard Creatura

FILED _____ LODGED
_____ RECEIVED

SEP 10 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

In the Matter of the Search of:

One white iPhone 4, model A1332 (serial & phone number unknown), in DEA custody

NO. MJ15-5017KLS - 01

**GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT RELATED MATERIALS AND [~~PROPOSED~~] ORDER**

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Marci L. Ellsworth, Assistant United States Attorney for said District, requests entry of an order unsealing the search warrant, application, affidavit in support and accompanying return ("search warrant related materials") filed in the above captioned matter. The Court previously directed that the search warrant related materials be sealed at the government's request. The materials were to remain sealed until further order of the Court.

The law provides that search warrant related materials may remain under seal during the pendency of an investigation. *See United States v. Custer Battlefield Museum*, 658 F.3d 1188, 1192-93 and 1196 (9th Cir. 2011). In addition, the government may seek an order continuing to maintain the materials under seal even after the return of an indictment or the closure of an investigation based on compelling reasons. *Id. at 1195*.

UNITED STATES' MOTION TO UNSEAL - 1
MJ14-5017KLS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1. Those reasons can include the need to (1) protect the identity and safety of witnesses, (2) protect the integrity of other investigations, (3) avoid risk of flight, tampering with witnesses, or destruction of evidence, (4) protect a national security concern, (5) protect a matter occurring before the grand jury, (6) protect victims, or (7) protect the safety of the target of the investigation.

Upon review of the files in this matter, and with due consideration of the factors identified above, the government has determined there is no longer a compelling reason to maintain the materials under seal and respectfully requests entry of the attached order.

DATED this 9th day of September, 2015.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3819
Fax: (253) 428-3826
E-mail: marci.ellsworth@usdoj.gov

UNITED STATES' MOTION TO UNSEAL - 2
MJ14-5017KLS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**ORDER**

Based upon the government's Motion, and the representations made therein, the Government's Motion to Unseal is GRANTED.

IT IS HEREBY ORDERED that the search warrant, application, affidavit in support and accompanying return previously filed under seal in the above-captioned matter shall be UNSEALED.

DATED this 10th day of September, 2015.

_____
The Honorable ~~J. Richard Creatura~~ David W. Christel
United States Magistrate Judge

UNITED STATES' MOTION TO UNSEAL - 3
MJ14-5017KLS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800